# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

**Civil No. 15-2744 (JRT/DTS)**

4BRAVA, LLC,

            Plaintiff,

v.

DANIEL SACHS, DSC PRODUCTS, INC., and DSC PRODUCTS HOLDING, LLC,

            Defendants.

*****************************************

**Civil No. 15-2743 (JRT/DTS)**

LEDUC GIFTS & SPECIALTY PRODUCTS, LLC, *d/b/a* Signature USA,

            Plaintiff,

v.

DANIEL SACHS, DSC PRODUCTS, INC., DSC PRODUCTS HOLDING, LLC,

            Defendants.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

DSC PRODUCTS, INC.,

            Counter Claimant,

v.

LEDUC GIFTS & SPECIALTY PRODUCTS, LLC, *d/b/a* Signature USA,

            Counter Defendant.

DSC PRODUCTS, INC.,

     Cross Claimant/Third Party Plaintiff,

v.

BRUCE LEDUC, JENNEA LEDUC, MARCI LEDUC, and 4BRAVA, LLC,

   Cross Defendants/Third Party Defendants.

Adrianna Shannon, Bonnie Smith, **SHANNON LAW, LLC,** 333 South Seventh Street, Suite 2830, Minneapolis, MN 55402, for plaintiff.

Daniel Rosen for defendants.

The parties have settled these matters. Material terms of the settlement were stated on the record in proceedings before United States Magistrate Judge David T. Schultz on July 12, 2018. Also in those proceedings, the parties jointly made oral motions (1) to vacate the Court's June 18, 2018 Order freezing Defendants' assets, and (2) to dismiss with prejudice all claims and counterclaims in these actions. The Magistrate Judge recommends that the parties' joint motions be granted. Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Magistrate Judge's Report and Recommendation [Docket No. 409, Case No. 15-2743; Docket No. 443, Case No. 15-2744] is **ADOPTED**.

2. The parties' Oral Motions to Dismiss and to Vacate the Court's Temporary Restraining Order Freezing Assets are **GRANTED**.

2. The Court's Order dated June 18, 2018, freezing Defendants' assets [Docket No. 401, Case No. 15-2743; Docket No. 435, Case No. 15-2744] is hereby **VACATED**. All accounts listed in the Court's Order dated June 18, 2018, freezing Defendants' assets shall be immediately unfrozen.

3. These matters are **DISMISSED with prejudice**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 13, 2018                  ____s/John R. Tunheim_____
at Minneapolis, Minnesota.                JOHN R. TUNHEIM
                                                       Chief Judge
                                         United States District Court